UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KIM ELIZABETH ROSE THATCHER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:19-CV-451-FL |
| ANDREW SAUL, Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 7, 2021, it is ordered that defendant pay to plaintiff $5,750.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on May 7, 2021, and Copies To:**
Michael W. Bertics  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Wanda Mason (via CM/ECF Notice of Electronic Filing)

May 7, 2021                                    PETER A. MOORE, JR., CLERK

                                                       /s/ Sandra K. Collins
                                                      (By) Sandra K. Collins, Deputy Clerk