IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00451-FL

KIM THATCHER,                        )
                                     )
              Plaintiff              )
                                     )
      v.                             )     DEFENDANT'S ORDER TO
                                     )     MOTION
                                     )     FOR 42 U.S.C. § 406(b) FEES
KILOLO KIJAKAZI,                     )
Acting Commissioner of               )
 Social Security,                    )
                                     )
              Defendant.             )
_____)

Plaintiff's counsel filed a motion for approval of attorney's fees under

section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of

$17,567.03.  Attorney's fees under section 206(b) are paid from past-due benefits

awarded to a successful claimant. 42 U.S.C. § 406(b).  Plaintiff's counsel will

reimburse Plaintiff the amount in fees he previously received under the Equal

Access Justice Act, 28 U.S.C. § 2412 in the amount of $5,750.00.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535

U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $17,567.03.

This 12th day of August, 2022.

_____

LOUISE W. FLANAGAN
United States District Judge